IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| NANCY STEVENSON, : | |
| : | CASE NO. 1:05-cv-184-SJM |
| Plaintiff, : | |
| : | Judge Sean J. McLaughlin |
| v. : | |
| : | |
| BEVERLY HEALTH CARE : | |
| (Rehabilitation, Inc.),[1] : | |
| : | |
| Defendant. : | |
| : | |

## DEFENDANT BEVERLY HEALTH CARE'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Beverly Health Care ("Defendant") hereby files its Disclosure Statement and states as follows:

Beverly Enterprises - Pennsylvania, Inc. d/b/a Beverly Healthcare - Oil City is a wholly owned subsidiary of Beverly Health and Rehabilitation Services, Inc.  Beverly Health and Rehabilitation Services, Inc. is a wholly owned subsidiary of Beverly Enterprises, Inc.  Beverly Enterprises, Inc. is a publicly held company.

---

[1]  Defendant has been improperly identified as "Beverly Health Care (Rehabilitation, Inc.)." Defendant respectfully requests that the docket be changed to reflect Defendant's proper corporate name, "Beverly Enterprises - Pennsylvania, Inc. d/b/a Beverly Healthcare - Oil City."

Respectfully submitted,

/s/ Charles M. Roesch

Charles M. Roesch, Esq. (OH 0013307)
DINSMORE & SHOHL, LLP
Suite 1900, 255 East Fifth Street
Cincinnati, OH 45202
Telephone: (513) 977-8200
Fax: (513) 977-8141
croesch@dinslaw.com

Attorney for Defendant Beverly
Health Care (Rehabilitation, Inc.)

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2005, a copy of the foregoing was served by regular mail to Neal A. Sanders, Law Offices of Neal A. Sanders, 1924 North Main Street extension, Butler, Pennsylvania 16001.

/s/ Charles M. Roesch

1181052v1