IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| NANCY STEVENSON, : | |
| : | CASE NO. CA-05-184-SJM |
| Plaintiff, : | |
| : | Judge Sean J. McLaughlin |
| v. : | |
| : | |
| BEVERLY ENTERPRISES-PENNSYLVANIA, : | |
| INC. d/b/a BEVERLY HEALTHCARE- : | |
| OIL CITY : | |
| : | |
| Defendant. : | |
| : | |

### INITIAL SCHEDULING ORDER

Pursuant Rule 16(b) of the Federal Rules of Civil Procedure Rule 16.1.2 of the Local Rules for the United States District Court for the Western District of Pennsylvania, Erie Division, it is ORDERED that the parties shall abide by the following deadlines as agreed upon by the parties during the Rule 26(f) meeting and accepted by this Court (or modified by the Court as indicated below):

    a.    Initial Disclosures: October 20, 2005.

    b.    Date by which any additional parties shall be joined: November 7, 2005.

    c.    Date by which the pleadings shall be amended: November 7, 2005.

    d.    Date by which fact discovery should be completed: March 30, 2006.

    e.    Date by which plaintiff's expert reports should be filed: April 30, 2006.

    f.    Date by which depositions of plaintiff's experts(s) should be completed: May 18, 2006.

    g.    Date by which defendant's expert reports should be filed: May 18, 2006.

    h.    Date by which depositions of defendant's expert(s) should be completed: June 18, 2006

Entered this \_\_\_\_ day of _____, 2005.

                                              _____
                                              Sean J. McLaughlin
                                              United States District Judge