IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| NANCY STEVENSON, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. CA-05-184-SJM |
| BEVERLY ENTERPRISES-<br>PENNSYLVANIA, INC d/b/a<br>BEVERLY HEALTHCARE-OIL CITY, | : | Judge Sean J. McLaughlin |
| Defendant. | : | |

ORDER OF COURT

AND NOW, this _____ day of _____, 2005, upon consideration of the foregoing MOTION FOR ADMISSION *PRO HAC VICE* OF LOUISE S. BROCK, said motion is hereby GRANTED.

_____
U.S. District Court Judge

#1210053v1