```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

      # 06000103 - SP
      November 25, 2005


   Code    Case #    Qty    Amount

   PRO HAC  05-184ERIE  2 @  40.00
                             80.00 CH


   TOTAL→              80.00


   FROM: DINSMORE & SHOHL
```