MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

Nancy Stevenson
*Plaintiff*

vs.   No. CA05-184 Erie

Beverly Healthcare
*Defendant*

HEARING ON Settlement Conference

Before Judge McLaughlin

Neal Sanders — Louise Brock, Stephanie Daniel
*Appear for Plaintiff*   *Appear for Defendant*

Hearing begun 9:40 a.m.   Hearing Held on 12-1-05
Hearing concluded C. A. V. 11:53 a.m.   Stenographer Ron Bench

WITNESSES:
For Plaintiff   For Defendant

Case Settled

Order closing case to follow

