IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY STEVENSON,<br>    Plaintiff, | )<br>)<br>) |
| Vs. | )     Civil Action No. 05-184 Erie<br>) |
| BEVERLY HEALTHCARE,<br>    Defendant. | )<br>) |

**O R D E R**

AND NOW, to with, this 1st day of December, 2005, the Parties having reached a settlement agreement in the above-captioned matter,

IT IS HEREBY ORDERED that this case is marked administratively closed. It appears no further action is required by the Court at this time.

 

Sean J. McLaughlin
United States District Judge

cc: all parties of record