IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| NANCY STEVENSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. CA-05-184-SJM |
| | : | |
| BEVERLY ENTERPRISES- | : | Judge Sean J. McLaughlin |
| PENNSYLVANIA, INC d/b/a | : | |
| BEVERLY HEALTHCARE-OIL CITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Nancy Stevenson and Defendant Beverly Enterprises-Pennsylvania, Inc., by their undersigned counsel, hereby stipulate that this Action shall be dismissed with prejudice. The Court reserves jurisdiction to the extent necessary to enforce the parties' settlement agreement. Each party shall pay its own court costs and attorneys' fees. Dated this 11th day of January, 2006.

| | |
|---|---|
| *s/Neal A. Sanders* | *s/Charles M. Roesch* |
| Neal A. Sanders | Charles M. Roesch, Esq. |
| PA 54618 | OH 0013307 |
| Law Offices of Neal A. Sanders | Email: croesch@dinslaw.com |
| 1924 North Main Street Extension | |
| Butler, PA 16011 | Louise S. Brock, admitted *Pro Hac Vice* |
| Telephone: 724.282.7771 | OH 0067184 |
| Facsimile: 724.285.6341 | Email: louise.brock@dinslaw.com |
| Email: dbeuth@penn.com | |
| | Stephanie Bauer Daniel, admitted *Pro Hac Vice* |
| Attorney for Plaintiff, Nancy Stevenson | OH 0079935 |
| | Email: stephanie.daniel@dinslaw.com |
| | |
| | DINSMORE & SHOHL LLP |
| | 1900 Chemed Center |
| | 255 East Fifth Street |
| | Cincinnati, Ohio 45202 |
| | Telephone: 513-977-8200 |
| | Facsimile: 513-977-8141 |
| | |
| | Attorneys for Defendant, Beverly Enterprises-Pennsylvania, Inc. d/b/a Beverly Healthcare-Oil City |

1225766v1